■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BROWN, Also Known as ROBERT MILTON, Appellant. [961 NYS2d 918]—Judgment of resentence, Supreme Court, New York County (Gregory Carro, J.), rendered April 20, 2011, as amended April 21, 2011, resentencing defendant to a term of 12 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Gonzalez, P.J., Friedman, Abdus-Salaam, Román and Clark, JJ.